

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00492-CV

_____

IN RE ROBERT EDWARD DAVIS, Relator

---

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-704630-21

---

Before Wallach, Womack, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's "Original Petition for Writ of Habeas Corpus, Motion for Recusal of This Court, Motion for Permanent Stay and Injunction, Motion for Sanctions, Criminal Referrals, Disciplinary Actions, and Issuance of Arrest Warrants" and is of the opinion that relief should be denied. Accordingly, relator's "Original Petition for Writ of Habeas Corpus, Motion for Recusal of This Court, Motion for Permanent Stay and Injunction, Motion for Sanctions, Criminal Referrals, Disciplinary Actions, and Issuance of Arrest Warrants" are denied.[1]

Per Curiam

Delivered: September 26, 2025

---

[1]The "Motion for Recusal of This Court" portion of relator's filing has been denied with respect to each challenged justice in separate orders from this court each dated September 25, 2025.